IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RALPH PAUL WEAVER, d/b/a**                                              **PLAINTIFF**
**GUNS & AMMO**

**v.**                                         **CAUSE NO. 1:10cv574 LG-RHW**

**JILLAIR HARRIS, Director of**
**Industry Operations, Bureau of**
**Alcohol, Tobacco, Firearms and**
**Explosives**                                               **DEFENDANT**

## FINAL JUDGMENT

This matter having come on to be heard on the cross-motions for summary judgment filed by the parties, the Court, after a full review and consideration of the motions, pleadings on file and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, the Director of Industry Operations for the United States Bureau of Alcohol, Tobacco, Firearms and Explosives. Plaintiff's claims against the Defendant are **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 12th day of March, 2012.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE